McKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA

1  Roderick G. Dorman (SBN 96908)
   rdorman@mckoolsmith.com
2  Phillip J. Lee (SBN 263063)
3  plee@mckoolsmith.com
   MCKOOL SMITH HENNIGAN, P.C.
4  300 South Grand Avenue, Suite 2900
5  Los Angeles, California 90071
   Telephone: (213) 694-1200
6  Facsimile: (213) 694-1234
7
8  Mike McKool (*pro hac vice* to be filed)    John F. Garvish (*pro hac vice* to be filed)
   mmckool@mckoolsmith.com                     jgarvish@mckoolsmith.com
9  MCKOOL SMITH P.C.                           MCKOOL SMITH P.C.
10 300 Crescent Court, Suite 1500              300 W. 6th Street, Suite 1700
   Dallas, Texas 75201                         Austin, Texas 78701
11 Telephone: (214) 978-4000                   Telephone: (512) 692-8700
   Facsimile: (214) 978-4044                   Facsimile:  (512) 692-8744
12
13 Additional Counsel Listed on
   Signature Page
14
   Attorneys for Defendants
15 *Sanofi; Sanofi-Aventis U.S. LLC;*
   *Genzyme Corporation; Aventisub LLC;*
16 *and Regeneron Pharmaceuticals, Inc.*
17
18              **UNITED STATES DISTRICT COURT**

19              **CENTRAL DISTRICT OF CALIFORNIA**

20 IMMUNEX CORPORATION,              Case No. 2:17-cv-2613-SJO-PLA

21         Plaintiff,               **DEFENDANTS' REQUEST FOR
                                    JUDICIAL NOTICE FILED IN
22     v.                           SUPPORT OF DEFENDANTS'
                                    MOTION TO DISMISS PLAINTIFF'S
23 SANOFI; SANOFI-AVENTIS U.S.      COMPLAINT**
   LLC; GENZYME CORPORATION;
24 AVENTISUB LLC; and REGENERON     [Filed Concurrently with Declaration of
   PHARMACEUTICALS, INC.,           Phillip Lee In Support of Defendants'
25                                  Motion to Dismiss and Request for  Judicial
                                    Notice]
26         Defendants.
                                    The Hon. S. James Otero
27                                  **Hearing:**   June 26, 2017
                                    **Time:**      10:00 am
28                                  **Place:**     Courtroom 10C

1    Under Federal Rule of Evidence 201 and in connection with the Motion to

2  Dismiss filed concurrently with this Request, Defendants Sanofi, Sanofi-Aventis U.S.

3  LLC, Genzyme Corporation, Aventisub LLC, and Regeneron Pharmaceuticals, Inc.

4  request the Court to take judicial notice of the following documents cited in their

5  Motion to Dismiss:

6    1.    Exhibit 1 to the Declaration of Phillip Lee in Support of Defendants'

7  Motion to Dismiss and Request for Judicial Notice (the "Lee Decl.")—Immunex's

8  August 13, 2013 Response to Office Action from the prosecution history of the

9  patent-in-suit, U.S. Patent No. 8,679,487 ("'487 Patent").

10    2.    Exhibit 2 to the Lee Decl.—The United States Patent and Trademark

11  Office's November 5, 2013 Notice of Allowance for U.S. Patent No. 8,679,487 from

12  the prosecution history of the '487 Patent.

13    3.    Exhibit 3 to the Lee Decl.—Immunex's November 23, 2016 submission

14  to the European Patent Office in the Opposition Proceedings of European Patent No.

15  2,292,665, entitled "Reply of the patent proprietor to the notice(s) of opposition."

16    4.    Exhibit 4 to the Lee Decl.—Immunex's November 11, 2011 Response to

17  Office Action from the prosecution history of the '487 Patent.

18    These documents are subject to judicial notice pursuant to Federal Rule of

19  Evidence 201 because their contents can be accurately and readily determined from

20  sources whose accuracy cannot reasonably be questioned. A court "may take judicial

21  notice of court filings and other matters of public record," *Rey's Pasta Bella, LLC v.*

22  *Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006), along with documents "whose

23  contents are alleged in [the] complaint and whose authenticity nobody questions,"

24  *Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005). Exhibits 1, 2, and 4 are

25  publically available from the United States Patent and Trademark Office's website:

26  https://portal.uspto.gov/pair/PublicPair. Similarly, Exhibit 3 is publically available

27  from        the        European        Patent        Office's        website:

28

McKool Smith Hennigan, P.C.
Los Angeles, CA

1  https://register.epo.org/application?documentId=EZQ2HFLG9872DSU&number=EP1

2  0185626&lng=en&npl=false.

3       Plaintiff cannot reasonably dispute the authenticity of Exhibits 1 through 4 as

4  each was downloaded directly from the website of "the office where items of this kind

5  are kept." Fed. R. Evid. 901(b)(7)(B). As such, courts routinely take judicial notice of

6  patent file histories. *See U.S. Rubber Recycling, Inc. v. ECORE Int'l*, No. 09-09516

7  SJO (OPx), 2011 WL 13127548, at *2 (C.D. Cal. July 8, 2011) (taking judicial notice

8  of a reissue patent's file history); *Streak Prods., Inc. v. Antec, Inc.*, No. 09-04255 RS

9  (HRL), 2010 WL 3515752, at *3 (N.D. Cal. Sep. 10, 2010) (taking judicial notice of

10  statements that a patentee made in filings to the USPTO); *Pollution Denim & Co. v.*

11  *Pollution Clothing Co.*, 547 F. Supp. 2d 1132, 1135–37 n. 11–13, 15–16, 19 (C.D.

12  Cal. 2007) ("The court takes judicial notice of these facts from online records

13  maintained by the United States Patent and Trademark Office.").

14       As explained in Defendants' Motion to Dismiss filed concurrently with this

15  Request, Defendants ask the Court to take judicial notice of Plaintiff's statements as

16  shown in Exhibits 1 through 4 that facially contradict an inference that Plaintiff asks

17  the Court to draw from its Complaint. Defendants do not ask the Court to take judicial

18  notice that any of Plaintiff's statements in Exhibits 1 through 4 are true, but rather that

19  the Court take judicial notice that Plaintiff made those statements. Irrespective of their

20  truth, Plaintiff's representations to the United States Patent and Trademark Office and

21  the European Patent Office facially contradict Plaintiff's pleading in this case and

22  should be considered in ruling on Defendants' Motion to Dismiss.

23

24

25

26

27

28

McKool Smith Hennigan, P.C.
Los Angeles, CA

1   Dated:  May 26, 2017

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mike McKool (*pro hac vice* to be filed)
mmckool@mckoolsmith.com
MCKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
facsimile: (214) 978-4044

Radu A. Lelutiu (*pro hac vice* to be filed)
rlelutiu@mckoolsmith.com
Lauren Fornarotto (*pro hac vice* to be filed)
lfornarotto@mckoolsmith.com
MCKOOL SMITH P.C.
One Bryant Park, 47th Floor
New York, New York 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

**MCKOOL SMITH HENNIGAN, P.C.**

*/s/ Roderick G. Dorman*
Roderick G. Dorman

Roderick G. Dorman (SBN 96908)
rdorman@mckoolsmith.com
Phillip J. Lee (SBN 263063)
plee@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

John F. Garvish (*pro hac vice* to be filed)
jgarvish@mckoolsmith.com
Geoffrey L. Smith (*pro hac vice* to be filed)
gsmith@mckoolsmith.com
Christine M. Woodin (SBN 295023)
cwoodin@mckoolsmith.com
Matthew T. Cameron (*pro hac vice* to be filed)
mcameron@mckoolsmith.com
MCKOOL SMITH P.C.
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: 512.692.8700
Facsimile:  512.692.8744

Attorneys for Defendants
*Sanofi; Sanofi-Aventis U.S. LLC;
Genzyme Corporation; Aventisub LLC;
and Regeneron Pharmaceuticals, Inc.*

1

## CERTIFICATE OF SERVICE

2      Pursuant to Rule 5-3 of the Local Civil Rules of the United States District Court

3  for the Central District of California, I hereby certify under penalty of perjury under

4  the laws of the United States of America that on May 26, 2017, a true copy of the

5  above document was filed through the Court's Electronic Case Filing system and

6  served by that system upon all counsel of record registered for the system and deemed

7  to have consented to electronic service in the above-captioned case.

8

9  Dated:  May 26, 2017          */s/ Phillip J. Lee*

10                             Phillip J. Lee

11

12

13      McKool 1315623v1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MCKOOL SMITH HENNIGAN, P.C.
LOS ANGELES, CA