1  GREGORY P. STONE (#78329)
   gregory.stone@mto.com
2  HEATHER E. TAKAHASHI (#245845)
   heather.takahashi@mto.com
3  MUNGER, TOLLES & OLSON LLP
4  350 South Grand Avenue
   Los Angeles, California 90071
5  Telephone: (213) 683-9100
   Facsimile: (213) 687-3702
6

7  *Attorneys for Plaintiff and Counterclaim-Defendants*

8  RODERICK G. DORMAN (#96908)
   rdorman@mckoolsmith.com
9  PHILLIP J. LEE (#263063)
   plee@mckoolsmith.com
10 MCKOOL SMITH P.C.
11 300 South Grand Avenue, Suite 2900
   Los Angeles, California 90071
12 Telephone: (213) 694-1200
   Facsimile: (213) 694-1234
13

14 *Attorneys for Defendants and Counterclaim-Plaintiffs*

15 Additional Counsel Listed on Signature Page of
   Stipulated Protective Order
16

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| IMMUNEX CORPORATION, | Case No. 2:17-cv-02613-SJO (PLAx) |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATED PROTECTIVE ORDER** |
| v. | |
| SANOFI; SANOFI-AVENTIS U.S. LLC; GENZYME CORPORATION; AVENTISUB LLC; and REGENERON PHARMACEUTICALS, INC., | |
| Defendants. | |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | SANOFI-AVENTIS U.S. LLC; GENZYME CORPORATION; and REGENERON PHARMACEUTICALS, INC.,<br><br>        Counterclaim-Plaintiffs,<br><br>  v.<br><br>IMMUNEX CORPORATION and AMGEN INC.,<br><br>        Counterclaim-Defendants. | |

Having considered the Stipulated Protective Order, and determining that good cause exists,

IT IS HEREBY ORDERED that the Stipulation is GRANTED.

DATED: September 29, 2017

*/s/ Paul L. Abrams*
Honorable Paul L. Abrams
United States Magistrate Judge