Roderick G. Dorman (SBN 96908)
rdorman@mckoolsmith.com
Phillip J. Lee (SBN 263063)
plee@mckoolsmith.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Mike McKool (*admitted pro hac vice*)
mmckool@mckoolsmith.com
MCKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

John F. Garvish (*admitted pro hac vice*)
jgarvish@mckoolsmith.com
MCKOOL SMITH P.C.
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile:  (512) 692-8744

Attorneys for Defendants
*Sanofi; Sanofi-Aventis U.S. LLC;*
*Genzyme Corporation; Aventisub LLC;*
*and Regeneron Pharmaceuticals, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IMMUNEX CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SANOFI; SANOFI-AVENTIS U.S. LLC; GENZYME CORPORATION; AVENTISUB LLC; and REGENERON PHARMACEUTICALS, INC.,<br><br>Defendants. | Case No. 2:17-cv-02613-SJO (PLA)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>**Judge:** Hon. S. James Otero<br><br>**Hearing:** March 12, 2018<br>**Time:** 10:00 a.m.<br>**Place:** Courtroom 10C<br><br>**Discovery Cut-off:** August 17, 2018<br>**Pretrial Conference:** March 4, 2019 at 9:00 a.m.<br>**Trial:** March 19, 2019 at 9:00 a.m. |

| | |
|---|---|
| 1 | SANOFI-AVENTIS U.S. LLC; GENZYME CORPORATION; and REGENERON PHARMACEUTICALS, INC., |
| 2 | |
| 3 | |
| 4 | Counterclaim-Plaintiffs, |
| 5 | |
| 6 | v. |
| 7 | IMMUNEX CORPORATION and AMGEN INC., |
| 8 | |
| 9 | Counterclaim-Defendants. |

# NOTICE OF MOTION AND MOTION

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTE THAT ON March 12, 2018 at 10:00 a.m., or as soon as may be heard before the Honorable S. James Otero in Courtroom 10C of the United States Courthouse located at 350 W. 1st Street, Los Angeles, CA 90012, Defendants Sanofi, Sanofi-Aventis U.S. LLC, Genzyme Corporation, Aventisub LLC, and Regeneron Pharmaceuticals, Inc. (collectively, "Defendants") will and hereby do move the Court to enter summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure as set forth in Defendants' Combined Opening Claim Construction Brief and Memorandum of Points and Authorities in Support of Defendants' Motion for Summary Judgment ("Memorandum of Points and Authorities") filed herewith.  This motion is based on this Notice of Motion and Motion, the concurrently-filed Memorandum of Points and Authorities, Statement of Uncontroverted Facts and Conclusions of Law, Declaration of John F. Garvish, II, [Proposed] Judgment, the pleadings and papers already on file in this action, and such other evidence and arguments as may be presented to the Court at or before the hearing.  Defendants' motion is being made pursuant to the Court's order regarding the same, Dkt. No. 138.  The parties over the course of several months and during the claim construction process have conferred on issues related to indefiniteness.  The parties disagree and are at an impasse as to whether the patent-in-suit is invalid for indefiniteness.

| | |
|---|---|
| Dated: January 25, 2018 | **MCKOOL SMITH HENNIGAN, P.C.** |
| | /s/ John F. Garvish, II <br> John F. Garvish, II |
| Mike McKool (*pro hac vice*) <br> mmckool@mckoolsmith.com <br> MCKOOL SMITH P.C. <br> 300 Crescent Court, Suite 1500 <br> Dallas, Texas 75201 <br> Telephone: (214) 978-4000 <br> Facsimile: (214) 978-4044 | Roderick G. Dorman (SBN 96908) <br> rdorman@mckoolsmith.com <br> Phillip J. Lee (SBN 263063) <br> plee@mckoolsmith.com <br> MCKOOL SMITH HENNIGAN, P.C. <br> 300 South Grand Avenue, Suite 2900 <br> Los Angeles, California 90071 <br> Telephone: (213) 694-1200 <br> Facsimile: (213) 694-1234 |
| Radu A. Lelutiu (*pro hac vice*) <br> rlelutiu@mckoolsmith.com <br> Lauren Fornarotto (*pro hac vice*) <br> lfornarotto@mckoolsmith.com <br> MCKOOL SMITH P.C. <br> One Bryant Park, 47th Floor <br> New York, New York 10036 <br> Telephone: (212) 402-9400 <br> Facsimile: (212) 402-9444 | John F. Garvish (*pro hac vice*) <br> jgarvish@mckoolsmith.com <br> Geoffrey L. Smith (*pro hac vice*) <br> gsmith@mckoolsmith.com <br> Christine M. Woodin (SBN 295023) <br> cwoodin@mckoolsmith.com <br> Matthew T. Cameron (*pro hac vice*) <br> mcameron@mckoolsmith.com <br> MCKOOL SMITH P.C. <br> 300 W. 6th Street, Suite 1700 <br> Austin, Texas 78701 <br> Telephone: 512.692.8700 <br> Facsimile: 512.692.8744 |
| | Attorneys for Defendants <br> *Sanofi; Sanofi-Aventis U.S. LLC; Genzyme Corporation; Aventisub LLC; and Regeneron Pharmaceuticals, Inc.* |

# **CERTIFICATE OF SERVICE**

Pursuant to Rule 5-3 of the Local Civil Rules of the United States District Court for the Central District of California, I hereby certify under penalty of perjury under the laws of the United States of America that on January 25, 2018, a true copy of the above document was filed through the Court's Electronic Case Filing system and served by that system upon all counsel of record registered for the system and deemed to have consented to electronic service in the above-captioned case.

Dated: January 25, 2018          */s/ John F. Garvish, II.*
                                 John F. Garvish, II

Case No. 2:17-cv-02613-SJO (PLA)                    CERTIFICATE OF SERVICE