1  Roderick G. Dorman (SBN 96908)
   rdorman@mckoolsmith.com
2  Phillip J. Lee (SBN 263063)
3  plee@mckoolsmith.com
   MCKOOL SMITH HENNIGAN, P.C.
4  300 South Grand Avenue, Suite 2900
5  Los Angeles, California 90071
   Telephone: (213) 694-1200
6  Facsimile: (213) 694-1234

7

8  Mike McKool (*admitted pro hac vice*)   John F. Garvish (*admitted pro hac vice*)
   mmckool@mckoolsmith.com                 jgarvish@mckoolsmith.com
9  MCKOOL SMITH P.C.                       MCKOOL SMITH P.C.
   300 Crescent Court, Suite 1500          300 W. 6th Street, Suite 1700
10 Dallas, Texas 75201                     Austin, Texas 78701
11 Telephone: (214) 978-4000               Telephone: (512) 692-8700
   Facsimile: (214) 978-4044               Facsimile:  (512) 692-8744
12

13 Additional Counsel Listed on
   Signature Page
14
   Attorneys for Defendants
15 *Sanofi; Sanofi-Aventis U.S. LLC;*
   *Genzyme Corporation; Aventisub LLC;*
16 *and Regeneron Pharmaceuticals, Inc.*

17

18 | **UNITED STATES DISTRICT COURT**

19 | **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

20 | IMMUNEX CORPORATION,                    | Case No. 2:17-cv-2613-SJO-PLA
21 |                    Plaintiff,            | **NOTICE OF INSTITUTION OF**
22 |         v.                               | ***INTER PARTES* REVIEW OF U.S. PATENT NO. 8,679,487**
23 | SANOFI; SANOFI-AVENTIS U.S.              | **Judge:** The Hon. S. James Otero
24 | LLC; GENZYME CORPORATION;
   | AVENTISUB LLC; and REGENERON
25 | PHARMACEUTICALS, INC.,
26 |                    Defendants.

27

28

| | |
|---|---|
| 1 | SANOFI-AVENTIS U.S. LLC; GENZYME CORPORATION; and REGENERON PHARMACEUTICALS, INC., |
| 2 | |
| 3 | |
| 4 | Counterclaim-Plaintiffs, |
| 5 | |
| 6 | v. |
| 7 | IMMUNEX CORPORATION and AMGEN INC., |
| 8 | |
| 9 | Counterclaim-Defendants. |
| 10 | |

Defendants respectfully submit this Notice regarding the written decisions of the United States Patent Office's Patent Trial and Appeal Board ("PTAB") to institute an *inter partes* review of the patent in suit in this action, U.S. Patent No. 8,679,487 B2 ("the '487 Patent"). In July 2017, Defendants submitted two petitions for *inter partes* review of the '487 Patent under 35 U.S.C. § 312. Each of these petitions was supported by independent grounds for review.

In the first petition, submitted on July 28, 2017 (the "§ 102(e) Petition"), Defendants argued that Claims 1–14 and 16–17 of the '487 Patent are invalid under 35 U.S.C. § 102(e) because they are anticipated by U.S. Patent Publication No. 2002/0002132 entitled "Use of Interleukin-4 Antagonists and Compositions Thereof" (the "'132 Publication").

In the second petition, submitted on July 31, 2017 (the "§ 103(a) Petition"), Defendants argued that all 17 of the '487 Patent's claims are invalid under § 103(a) based on two different combinations of prior art references: (1) the combination of the disclosures of Hart, et al., *Diminished responses to IL-13 by human monocytes differentiated in vitro*, 29 Eur. J. Immunol. 1999, 2087–2097 ("Hart") and European Patent Application No. EP 0604693 ("Schering-Plough"); and/or (2) the combination of Hart, Schering-Plough and Hoogenboom, et al., *Converting Rodent*

*into Human Antibodies by Guided Selection*, in Antibody Engineering 169–185 (McCafferty, Hoogenboom, and Chiswell Eds. 1996) ("Hoogenboom").

On February 15, 2018, the PTAB issued its written decisions to institute *inter partes* review proceedings of all challenged claims on the grounds identified in both of Defendants' July 2017 petitions:

- *inter partes* review is instituted based on the § 102(e) Petition, because "having considered the arguments and evidence, [the PTAB is] persuaded that [Defendants have] shown a reasonable likelihood that [they] would prevail in [their] assertion that claims 1–14, 16, and 17 are anticipated by the '132 Publication."  Feb. 15, 2018 Decision in IPR2017-01879, Paper No. 19 at 15 (attached as Exhibit A).

- *inter partes* review is instituted based on the § 103(a) Petition, because "having considered the arguments and evidence, [the PTAB is] persuaded that [Defendants have] shown a reasonable likelihood that [they] would prevail in [their] assertion that claims 1–17 of the '487 patent are unpatentable as obvious" based on the combinations of Hart and Schering-Plough and/or Hart, Schering-Plough, and Hoogenboom.  Feb. 15, 2018 Decision in IPR2017-01884, Paper No. 14 at 19 (attached as Exhibit B).

Accordingly, all 17 claims of the '487 Patent are currently under *inter partes* review before the PTAB.  Defendants expect that the parties will submit briefs, exhibits, and argument to the PTAB in both *inter partes* review proceedings throughout 2018.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  February 20, 2018 | **MCKOOL SMITH HENNIGAN, P.C.** |
| 3 | | */s/ John F. Garvish, II* |
| 4 | | John F. Garvish, II |
| 5 | Mike McKool (*admitted pro hac vice*) | Roderick G. Dorman (SBN 96908) |
| | mmckool@mckoolsmith.com | rdorman@mckoolsmith.com |
| 6 | MCKOOL SMITH P.C. | Phillip J. Lee (SBN 263063) |
| | 300 Crescent Court, Suite 1500 | plee@mckoolsmith.com |
| 7 | Dallas, Texas 75201 | MCKOOL SMITH HENNIGAN, P.C. |
| | Telephone: (214) 978-4000 | 300 South Grand Avenue, Suite 2900 |
| 8 | Facsimile: (214) 978-4044 | Los Angeles, California 90071 |
| | | Telephone: (213) 694-1200 |
| 9 | | Facsimile: (213) 694-1234 |
| 10 | Radu A. Lelutiu (*admitted pro hac vice*) | John F. Garvish (*admitted pro hac vice*) |
| | rlelutiu@mckoolsmith.com | jgarvish@mckoolsmith.com |
| 11 | Lauren Fornarotto (admitted *pro hac vice*) | Geoffrey L. Smith (*admitted pro hac vice*) |
| 12 | lfornarotto@mckoolsmith.com | gsmith@mckoolsmith.com |
| | MCKOOL SMITH P.C. | Christine M. Woodin (SBN 295023) |
| 13 | One Bryant Park, 47th Floor | cwoodin@mckoolsmith.com |
| | New York, New York 10036 | Matthew T. Cameron (*admitted pro hac vice*) |
| 14 | Telephone: (212) 402-9400 | mcameron@mckoolsmith.com |
| | Facsimile: (212) 402-9444 | MCKOOL SMITH P.C. |
| 15 | | 300 W. 6th Street, Suite 1700 |
| 16 | | Austin, Texas 78701 |
| | | Telephone: 512.692.8700 |
| 17 | | Facsimile:  512.692.8744 |
| 18 | | Attorneys for Defendants |
| | | *Sanofi; Sanofi-Aventis U.S. LLC;* |
| 19 | | *Genzyme Corporation; Aventisub LLC;* |
| | | *and Regeneron Pharmaceuticals, Inc.* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 20, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile, U.S. Mail and/or overnight delivery.

  */s/ John F. Garvish, II*
     John F. Garvish, II